■ DAVID TEITELBAUM, Appellant, v FIFTH 956 CORPORATION et al., Defendants. S. F. ACCARDO et al., Third-Party Plaintiffs, v HERBERT WEINSTEIN ASSOCIATES, INC., et al., Third-Party Defendants, and J. ZELUCK, INC., Third-Party Defendant-Respondent. — Appeal from order, Supreme Court, New York County (Egeth, J.), entered on October 15, 1981, unanimously dismissed as moot, without costs and without disbursements, as there was a stipulation of settlement leading to a judgment which was satisfied. No opinion. Concur — Kupferman, J. P., Sullivan, Ross, Lupiano and Asch, JJ.